907 F.2d 1140
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
UNITED STATES of America, Plaintiff-Appellee,
v.
Willie Lee COUNCIL, Defendant-Appellant.
 No. 90-5645.
 United States Court of Appeals, Fourth Circuit.
 Submitted June 4, 1990.
Decided June 14, 1990.
 
 Appeal from the United States District Court for the Middle District of North Carolina, at Durham. N. Carlton Tilley, Jr., District Judge. (CR No. 89-155-D)
 Willie Lee Council, appellant pro se.
 Robert Holt Edmunds, Jr., United States Attorney, Greensboro, N.C., for appellee.
 M.D.N.C.
 DISMISSED.
 PER CURIAM:
 
 
 1
 Willie Lee Council noted this appeal outside the 10-day appeal period established by Fed.R.App.P. 4(b), and outside of the 30-day excusable neglect period provided by Rule 4(b). The time periods established by Fed.R.App.P. 4 are "mandatory and jurisdictional." Browder v. Director, Dep't of Corrections, 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960) ). Appellant's failure to note a timely appeal or obtain an extension of the appeal period deprives this Court of jurisdiction to consider this case. We therefore dismiss the appeal and deny the motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 
 2
 DISMISSED.